IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN OVERSIGHT,

    Plaintiff,

v.

U.S. DEPARTMENT OF COMMERCE, et al.,

    Defendants.

Case No. 25-cv-2264 (CJN)

**JOINT STATUS REPORT**

This action concerns FOIA requests made by Plaintiff American Oversight to the U.S. Department of Commerce (Commerce), the U.S. Department of Defense (DOD), the U.S. Department of Energy (DOE), the U.S. Department of Housing and Urban Development (HUD), the U.S. Department of State (State), the U.S. Agency for International Development (USAID), and the Federal Bureau of Investigation (FBI).

Plaintiff seeks records "sufficient to identify the names and titles of all individuals selected by your agency to serve on your agency's DOGE team" from January 20, 2025, through the date the agency conducts its search for responsive records. ECF No. 1, ¶¶ 78, 96. Pursuant to the Court's Minute Orders of September 17, 2025 and November 26, 2025, the parties have conferred about a proposed schedule for proceeding in this matter, and jointly state as follows.

**Status of FOIA Requests**

1.     Four agencies have provided responses to Plaintiff's FOIA request. HUD and Commerce issued final responses and produced responsive records on September 11, 2025. On July 30, 2025, USAID reported that, following a search, it was unable to locate any records

responsive to Plaintiff's request. On November 26, 2025, State likewise reported that it had identified no records responsive to Plaintiff's request.

2. FBI anticipates asserting 5 U.S.C. §§ 552(b)(6) and (b)(7)(C) to withhold the names and titles of FBI's DOGE Team members and will provide an estimate of its anticipated response date to Plaintiff's request by the next proposed JSR deadline of January 12, 2026.

3. DOE has completed its search for responsive records and anticipates providing a response to Plaintiff before the next proposed JSR deadline of January 12, 2026.

4. DOD is currently conducting its search for responsive records and anticipates completing that search on or before December 16, 2025. Following completion, DOD estimates that it will require approximately 30 to 60 days to process any potentially responsive records and issue a final response to Plaintiff.

**Proposed Schedule**

5. In light of the fact that the defendant agencies remain at differing stages of their review and response efforts, the Parties propose submitting another JSR within 42 days of this filing, on or before January 12, 2026.[1]

Dated: December 2, 2025

Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Kathryn Barragan*
Kathryn Barragan (DC Bar No. 90026294)

---

[1] The parties do not currently anticipate the necessity of an *Open America* stay. The parties state that it is premature to decide the necessity of a *Vaughn* index and/or a summary judgment schedule in light of the proposed production schedules.

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 598-7696
Email: Kathryn.e.barragan@usdoj.gov

*Counsel for Defendants*

*/s/ Jessica Jensen*
Jessica Jensen
D.C. Bar No. 1048305
David Kronig
D.C. Bar No. 1030649
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
jessica.jensen@americanoversight.org

*Counsel for Plaintiff*

3