# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>        Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br>et al.,<br><br>        Defendants. | Case No. 25-cv-2264 (CJN) |

## JOINT STATUS REPORT

This action concerns FOIA requests made by Plaintiff American Oversight to the U.S. Department of Commerce (Commerce), the U.S. Department of Defense (DOD), the U.S. Department of Energy (DOE), the U.S. Department of Housing and Urban Development (HUD), the U.S. Department of State (State), the U.S. Agency for International Development (USAID), and the Federal Bureau of Investigation (FBI).

Plaintiff seeks records "sufficient to identify the names and titles of all individuals selected by your agency to serve on your agency's DOGE team" from January 20, 2025, through the date the search for responsive records is conducted.  ECF No. 1, ¶¶ 78, 96.  Pursuant to the Court's December 11, 2025 Minute Order, the parties submit this joint status report and state as follows:

1. HUD and Commerce have issued final responses and produced substantive records to Plaintiff.

2. USAID and State have issued responses stating that following a search, they were unable to locate any records responsive to Plaintiff's FOIA requests.

1

3. On January 9, 2026, DOE issued a final response and produced substantive records to Plaintiff.

4. DOD completed its search for responsive records and issued a final response to Plaintiff on January 22, 2026. In its response, DOD invoked FOIA Exemption (b)(6), 5 U.S.C. § 552(b)(6), to withhold, in part, the names of certain DOD employees.

5. FBI has completed its search for records responsive to Plaintiff's FOIA request, and was unable to locate any responsive records subject to FOIA. FBI provided its final response to Plaintiff on February 24, 2026.

Plaintiff is currently evaluating the final responses recently issued by DOD and the FBI and will confer with Defendants regarding next steps in this case once that evaluation is complete. The Parties propose submitting a further Joint Status Report within 30 days of this filing, on or before March 30, 2026.

Dated: February 26, 2026                    Respectfully submitted,

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Kathryn Barragan*
Kathryn Barragan (DC Bar No. 90026294)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 598-7696
Email: Kathryn.e.barragan@usdoj.gov

*Counsel for Defendants*

*/s/ David Kronig*
David Kronig
D.C. Bar No. 1030649

3

Jessica Jensen
D.C. Bar No. 1048305
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
Jessica.jensen@americanoversight.org

*Counsel for Plaintiff*